```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Daniel Casanova

    v.                    Civil No. 10-cv-485-JD

Hillsborough County Department
of Corrections, Superintendent

ORDER

    Re:  Document No. 6, Addendum/Crime Statement in Support of
        Complaint

    Ruling:  Plaintiff's addendum to the complaint is noted.  To the extent plaintiff is requesting that this court contact a witness to obtain testimony, the request is denied without prejudice.  If an evidentiary hearing, trial, or deposition is scheduled in this case in the future, plaintiff may file a properly supported motion to procure the attendance of that witness, pursuant to Local Rule 45.2

                                        /s/ Landya B. McCafferty
                                        Landya B. McCafferty
                                        U.S. Magistrate Judge

Date:  November 15, 2010

cc:  Daniel Casanova, pro se