# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Daniel Casanova

    v.                         Civil No. 10-cv-485-JD

Hillsborough County Department
of Corrections, Superintendent, et al.

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Attachments to Document 24, Addendum to Amended Complaint filed by Daniel Casanova, in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Attachments. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Attachments to Document 24, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                       _/s/ Landya B. McCafferty_
                                       Landya B. McCafferty
                                       United States Magistrate Judge

Date: June 7, 2011

cc:      Daniel Casanova, pro se