UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel Casanova</u>

     v.                      Civil No. 10-cv-485-JD

<u>Hillsborough County Department of Corrections,
Superintendent</u>


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      Document #28 - Medical Information re Mr. Casanova's knee surgery filed in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained within the Medical Information. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Medical Information, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                        <u>*/s/ Landya B. McCafferty*</u>
                                        Landya B. McCafferty
                                        United States Magistrate Judge


Date: June 22, 2011


cc:    Daniel Casanova, pro se