UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel Casanova

       v.                          Civil No. 10-cv-485-JD

Hillsborough County Department of Corrections, Superintendent, et al.

O R D E R

Plaintiff's Motion to Extend Time to File an Amended Complaint (doc. no. 36) is denied as premature and unnecessary. See Fed. R. Civ. P. 15(a). Request for a copy of the complaint and amended complaint is granted. Thus, the clerk's office shall provide copies of documents the court determined comprised the plaintiff's complaint and amended complaint (doc. no. 1, 6, 8, 11, 13-16, 20, 22-24, and 26-28, with exhibits). The plaintiff should note, however, that all future copy requests will require prepayment of .50 cents per page and no further courtesy copies will be provided

      SO ORDERED.

August 8, 2011                           */s/ Daniel J. Lynch*
                                          Daniel J. Lynch
                                          United States Magistrate Judge

cc:     Daniel Casanova, pro se