UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Casanova</u>

              v.                           Civil No. 10-cv-485-JD

<u>Hillsborough County Department of Corrections,</u>
<u>Superintendent, et al.</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 25, 2011, no objection having been filed.

SO ORDERED.

August 12, 2011                             <u>**/s/ Joseph A. DiClerico, Jr.**</u>
                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

cc:     Daniel Casanova, pro se