UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Casanova</u>

      v.          Civil No. 10-cv-485-JD

<u>Hillsborough County Department of Corrections, Superintendent, et al.</u>

<u>O R D E R</u>

On September 19, 2011, the Court issued an order granting as conditioned, plaintiff Casanova's Motion for Appointment of Counsel. On September 22, Attorney Lawrence Vogelman agreed to represent Mr. Casanova.

A Video Conference Pretrial was scheduled for October 19, 2011 at 10 AM in this case. As plaintiff Casanova is now represented by counsel, the pretrial will be held here at the Courthouse with counsel, if necessary.

The Motion to Appoint Counsel, Motion for Discovery, and Motion for Postponement to Answer, Document #46, filed on September 19, 2011 by Mr. Casanova is dismissed without prejudice. Counsel for Mr. Casanova may, of course, file any motions he deems appropriate.

SO ORDERED.


September 26, 2011          **/s/ Landya B. McCafferty**
                Landya B. McCafferty
                United States Magistrate Judge


cc:   John Curran, Esq.
    Lawrence Vogelman, Esq.